UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALLEN SYSTEMS GROUP, INC., a
Delaware corporation

       Plaintiff,

v.                                     Case No:   2:16-cv-121-FtM-38MRM

AVON PRODUCTS, INC.,

       Defendant.

**AMENDED CASE MANAGEMENT AND SCHEDULING ORDER**

Following a telephonic discovery hearing held on October 24, 2016, the Court enters this Amended Case Management and Scheduling Order:

| | |
|---|---|
| **Fact Discovery** | **January 23, 2017** |
| **Disclosure of Expert Reports** | |
|          **Plaintiff:** | **March 6, 2017** |
|          **Defendant:** | **March 6, 2017** |
|          **Rebuttal** | **April 6, 2017** |
| **Expert Discovery Deadline** | **May 5, 2017** |
| **Mediation Deadline:** | **May 5, 2017** |
| **Dispositive Motions, *Daubert* Motions, and *Markman* Motions** | **June 5, 2017** |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | **August 28, 2017** |
| **Joint Final Pretrial Statement (including joint-proposed jury instructions and verdict form, case-specific *voir dire* questions, witness lists, and exhibit lists, all of which must also be emailed in Microsoft Word® format to Judge Chappell's [inbox](#))** | **September 12, 2017** |

| | |
|---|---|
| **All Other Motions (including motions *in limine*) and Trial Briefs (non-jury trials)** | **September 12, 2017** |
| **Final Pretrial Conference**     Date:<br>Time:<br>Judge: | **September 22, 2017**<br>**9:30 AM**<br>**Sheri Polster Chappell** |
| **Trial Term Begins**<br><br>**Note: Trials before a Magistrate Judge begin on a date certain.** | **October 2, 2017**<br>**9:00 A.M.** |
| **Estimated Length of Trial** | **3-4 days** |
| **Jury/Non Jury** | **Jury on issues triable by Jury; Non-jury as to other issues** |

All provisions of the Court's April 26, 2016 Case Management and Scheduling Order (Doc. 31) shall remain in full force and effect, except as modified herein or by separate Order of the Court.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of October, 2016.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies to: All Parties of Record

2