EXHIBIT 5 REDACTED PENDING MOTION TO SEAL