EXHIBIT 6 REDACTED PENDING MOTION TO SEAL