UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALLEN SYSTEMS GROUP, INC., a
Delaware corporation

    Plaintiff,

v.                                      Case No: 2:16-cv-121-FtM-38MRM

AVON PRODUCTS, INC.,

    Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on *sua sponte* review of the file. Both parties' motions for summary judgment are ripe for review (Docs. 94; 113), and the Final Pretrial Conference is scheduled for October 27, 2017 (Doc. 87). To ensure sufficient time to address the pending dispositive motions and because of the undersigned's current trial calendar,[2] the Court will extend the trial term to February 2018 and suspend the remaining pretrial deadlines until further Court order.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

[2] The undersigned has been the only active district judge in the Fort Myers Division since June 2015 and will continue to be so for the near future. The Court's trial calendar is demanding, rivaled only by its motions and case management obligations.

**ORDERED:**

The trial term in the above-captioned case is set for **February 2018**, and all of the remaining pretrial deadlines are suspended until further Court order.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of October 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record