UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALLEN SYSTEMS GROUP, INC., a
Delaware corporation

       Plaintiff,

v.                                            Case No: 2:16-cv-121-FtM-38MRM

AVON PRODUCTS, INC.,

       Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on Plaintiff Allen Systems Group, Inc.'s ("ASG") Amended Motion for Partial Summary Judgment (Doc. 117), filed on August 7, 2017 and Defendant Avon Products, Inc.'s Response in Opposition (Doc. 121).

Pursuant to the Local Rules for the United States District Court for the Middle District of Florida, "[n]o party shall file any reply or further memorandum directed to the motion or response . . . unless the Court grants leave." M.D. Fla. Local Rule 3.01(c). Here, upon review of the parties' summary judgment briefing, the Court sees reasonable necessity for ASG to file a reply brief on the issue of whether Avon improperly used ASG

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

software for the benefit of New Avon LLC, and specifically regarding what software products, on what logical partitions, that ASG believes were used improperly.

Accordingly, it is now

**ORDERED:**

ASG must file a reply brief, not to exceed five (5) pages in length, on or before **October 19, 2017**, concerning its argument that Avon improperly used ASG software for the benefit of New Avon LLC.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of October 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record