UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALLEN SYSTEMS GROUP, INC., a
Delaware corporation

       Plaintiff,

v.                                     Case No: 2:16-cv-121-FtM-38MRM

AVON PRODUCTS, INC.,

       Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on the parties' Joint Notice Regarding Remaining Issues for Trial and Motion for Leave to Appear at Final Pretrial Statement Meeting by Telephone. (Doc. 130). The parties advise the only issues left for the two-day trial are Allen System Group. Inc.'s damages. They also request a May trial term and move to appear telephonically at their meeting to prepare the final pretrial statement.

Per the Court's authority to manage its civil case docket, it will set trial for the April 2018 trial term. As the only active district judge in the Fort Myers Division, the undersigned must set cases for trial when the calendar permits. And the April 2018 trial term best suits the Court's calendar. Regarding the parties' request to appear telephonically at their meeting to prepare the final pretrial statement, the Court finds good

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

cause to grant the request because opposing counsel work on opposite coasts of the country.

Accordingly, it is

**ORDERED:**

(1) The Court **GRANTS** the parties' request to appear telephonically at their meeting to prepare a joint final pretrial statement. (Doc. 130).

(2) The Court will enter a Third Amended Case Management and Scheduling Order under separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of February, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record