UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALLEN SYSTEMS GROUP, INC., a
Delaware corporation

      Plaintiff,

v.                                                              Case No: 2:16-cv-121-FtM-38CM

AVON PRODUCTS, INC.,

      Defendant.

## ORDER

This matter comes before the Court upon review of the Unopposed Motion to Seal and Incorporated Supporting Memorandum of Law (Doc. 161) filed on March 26, 2018. Plaintiff seeks to file under seal unredacted excerpts from the deposition testimony of Christine Addonizio, Robert Nelson, Mark Farrell, Cheryl Watson Walker, Charles Wilson, Michael Leach, and Dilip Upmanyu in accordance with the parties' confidentiality agreement. Doc. 161 at 1-2. Defendant does not oppose the requested relief. *Id.* at 2.

Pursuant to Local Rule 1.09(a),

> [u]nless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal. The movant shall

not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section.

M.D. Fla. Rule 1.09(a).

Upon review, the Court finds Plaintiff has sufficiently identified and described the documents proposed for sealing and sufficiently explained that filing the documents under seal is necessary.

ACCORDINGLY, it is hereby

**ORDERED:**

The Unopposed Motion to Seal and Incorporated Supporting Memorandum of Law (Doc. 161) is **GRANTED**. Plaintiff shall have up to and including **March 30, 2018** to file under the seal its unredacted excerpts from the deposition testimony of Christine Addonizio, Robert Nelson, Mark Farrell, Cheryl Watson Walker, Charles Wilson, Michael Leach, and Dilip Upmanyu.

**DONE** and **ORDERED** in Fort Myers, Florida on this 27th day of March, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record